UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

MICHAEL MARR,

       Plaintiff,                                               Case No. 1:07-cv1201

v.                                                             Hon. Janet T. Neff

JAMES JONES,

       Defendant.

                                        /

**ORDER APPROVING REPORT AND RECOMMENDATION**

       The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

       **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed November 24, 2008, is approved and adopted as the opinion of the court.

       **IT IS FURTHER ORDERED** that defendants' motion for summary judgment (Dkt. No. 13) is **DENIED** for the reasons stated in the Report and Recommendation.

Dated: January 22, 2009                                        /s/Janet T. Neff
                                                                    JANET T. NEFF
                                                                    UNITED STATES DISTRICT JUDGE